**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**TRACY MOORE**                                                                 **PLAINTIFF**

**VS.**                                                    **CIVIL NO. 1:19-CV-66-MPM-DAS**

**WAL-MART STORES, INC.**                                            **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated December 3, 2020, was on that date duly served by first class mail upon the plaintiff; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by the plaintiff. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore, ORDERED:

1.  That the Report and Recommendation of the United States Magistrate Judge dated December 3, 2020, be hereby approved and adopted, and that the proposed findings of fact and conclusions of law are hereby, adopted as the findings of fact and conclusions of law of the Court.

2.  That the Complaint in this matter be dismissed with prejudice.

THIS 18th day of December 2020.

/s/MICHAEL P. MILLS
**UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI**